**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**GRAND JUNCTION DIVISION**

**CASE NO.: 1:23-cv-02967**

MATTHEW WAKEM,

              Plaintiff,

v.

CIRC-CELL SKINCARE, LLC,

              Defendant,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MATTHEW WAKEM by and through his undersigned counsel, brings this Complaint against Defendant CIRC-CELL SKINCARE, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MATTHEW WAKEM ("Wakem") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Wakem's original copyrighted Work of authorship.

2. Wakem is a Bay Area-based Lifestyle and Travel Photographer. His work has appeared in numerous magazines including Condé Nast Traveler, Men's Journal, Outside, Islands, Spa, Geo, Vanity Fair Germany, Vogue Japan, Elle Canada, and Luxury Spa Finder. Most recently, he collaborated with his wife Maria on a personal project on luxury spas and resorts throughout Asia. Wakem has also worked on projects for clients such as Four Seasons Hotels and Resorts, Six Senses Resorts and Spas,

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK

Orient-Express, Ford, Turner Broadcasting, Helen Keller Worldwide, and Cambodia Living Arts.

3. 1. Defendant CIRC-CELL SKINCARE, LLC ("Circ-Cell") is a company that creates and manufactures top-of-the-line performance based and environmentally conscious skincare products. Circ-Cell advertises that its products are created with dermatologist grade ingredients and elements of nature including clays, essential oils, herbal extracts and marine-based elements. Its products are fragrance free, paraben free, pthalate free, cruelty free, BPA free packaging, with no harsh surfactants or artificial colors. At all times relevant herein, Circ-Cell owned and operated the internet website located at the URL www.circcell.com (the "Website").

4. Wakem alleges that Defendant copied Wakem's copyrighted Work from the internet in order to advertise, market and promote its business activities. Circ-Cell committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Circ-Cell's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Circ-Cell engaged in infringement in this district, Circ-Cell resides in this district, and Circ-Cell is subject to personal jurisdiction in this district.

**DEFENDANT**

9. Circ-Cell Skincare, LLC is a Delaware Limited Liability Company, with its principal place of business at 20 Maroon Court, Aspen, Colorado, 81611, and can be served by serving its Registered Agent, Capitol Services, Inc., 108 Lakeland Avenue, Dover, DE 19901.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2009, Wakem created the photograph entitled "asp_wakem_82187," which is shown below and referred to herein as the "Work".



11. Wakem registered the Work with the Register of Copyrights on March 22, 2010, and was assigned registration number VAu 1-017-503. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Wakem's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Wakem was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY CIRC-CELL

14. Circ-Cell has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Circ-Cell copied the Work.

16. On or about January 7, 2022, Wakem discovered the unauthorized use of his Work on the Website as the focal image for an article entitled "A Sneak Peek Into the Circell Spa Ritual for Acne and Oily Skin" posted on September 18, 2016.

17. Circ-Cell copied Wakem's copyrighted Work without Wakem's permission.

18. After Circ-Cell copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its luxury cosmetic business.

19. Circ-Cell copied and distributed Wakem's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Circ-Cell committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Wakem never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Wakem notified Circ-Cell of the allegations set forth herein on June 20, 2023, and July 19, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Wakem incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Wakem owns a valid copyright in the Work at issue in this case.

25. Wakem registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Circ-Cell copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Wakem's authorization in violation of 17 U.S.C. § 501.

27. Circ-Cell performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Wakem has been damaged.

30. The harm caused to Wakem has been irreparable.

WHEREFORE, the Plaintiff MATTHEW WAKEM prays for judgment against the Defendant CIRC-CELL SKINCARE, LLC that:

   a. Circ-Cell and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

  b. Circ-Cell be required to pay Wakem his actual damages and Defendant's profits attributable to the infringement, or, at Wakem's election, statutory damages, as provided in 17 U.S.C. § 504

  c. Wakem be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Wakem be awarded pre- and post-judgment interest; and

  e. Wakem be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Wakem hereby demands a trial by jury of all issues so triable.

DATED: November 8, 2023   Respectfully submitted,

*/s/ J. Campbell Miller*
J. CAMPBELL MILLER
Campbell.miller@sriplaw.com

**SRIPLAW, P.A.**
6235 Riverview Drive
Indianapolis, IN 56220
317.965.7772 – Telephone
561.404.4353 – Facsimile

and

MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Matthew Wakem*